| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664 |
| | Federal Defender |
| 2 | HOPE ALLEY, SBN #314109 |
| | Assistant Federal Defenders |
| 3 | 2300 Tulare Street, Suite 330 |
| | Fresno, CA 93721-2226 |
| 4 | Telephone: (559) 487-5561 |
| | Fax: (559) 487-5950 |
| 5 | |
| | Attorney for Defendant |
| 6 | OCTAVIANO JIMENEZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-mj-00071 |
| Plaintiff, | STIPULATION TO VACATE JUNE 7, 2018 COURT DATE AND TRANSFER TO SOUTHERN DISTRICT; ORDER |
| vs. | |
| OCTAVIANO JIMENEZ, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Brian Enos, counsel for the plaintiff, and Assistant Federal Defender Hope Alley, counsel for Defendant Octaviano Jimenez, that the status conference currently scheduled for June 7, 2018 at 2 p.m. be vacated, and Mr. Jimenez be transported to the Southern District of California forthwith to appear before U.S. District Judge Hayes on the alleged violation of supervised release.

At the status conference on May 21, 2018, the parties indicated that they were working with the Southern District to transfer Mr. Jimenez's case to the Eastern District. The Court permitted one additional status conference to finalize the transfer. On May 31, 2018, the Southern District approved the Rule 20 transfer. However, the probation office in the Eastern District is unwilling to accept the case at this time. Accordingly, the parties request that the June 7, 2018 status conference be vacated and that Mr. Jimenez be transported forthwith in the care

and custody of the U.S. Marshals to the Southern District for further proceedings.

                                                  Respectfully submitted,

                                                  McGREGOR W. SCOTT
                                                  United States Attorney

Date: June 1, 2018                           */s/ Brian Enos*
                                                  BRIAN ENOS
                                                  Assistant United States Attorney
                                                  Attorney for Plaintiff

                                                  HEATHER E. WILLIAMS
                                                  Federal Defender

Date: June 1, 2018                           */s/ Hope Alley*
                                                  HOPE ALLEY
                                                  Assistant Federal Defenders
                                                  Attorneys for Defendant
                                                  OCTAVIANO JIMENEZ

## **O R D E R**

**IT IS SO ORDERED.**

    The status conference currently scheduled for June 7, 2018 is hereby vacated, and Mr. Jimenez is ordered to be transported forthwith to the Southern District for further proceedings.

IT IS SO ORDERED.

Dated:   **June 4, 2018**

                                                    UNITED STATES MAGISTRATE JUDGE